UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL OLSON,<br><br>        Plaintiff,<br><br>   v.<br><br>NEWS NATION NETWORK PVT. LTD.,<br><br>        Defendant. | Case No. 25-cv-01544-SI<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

As discussed at the November 21, 2025 case management conference, the Court directs the Clerk to administratively close this case. Plaintiff shall notify the Court when service has been effectuated through the Hague Convention, at which time the Court will reopen the case.

**IT IS SO ORDERED**.

Dated: November 21, 2025

_____
SUSAN ILLSTON
United States District Judge